FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SMOKE CITY FOR LESS LLC, a Washington limited liability company; SMOKE CITY LLC, a Washington limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>SHARKS LLC, a Washington limited liability company; SMOKE CITY GLASS & VAPE, INC., a Washington corporation; SMOKE CITY WALLA WALLA LLC, a Washington limited liability company; SMOKE CITY SPOKANE LLC, a Washington limited liability company; SMOKE CITY CHENEY LLC, a Washington limited liability company; BASMA LLC, a Washington limited liability company; SMOKE CITY GLASS AND VAPE BELLINGHAM LLC, a Washington limited liability company; SMOKE CITY FAIR AVE LLC, a Washington limited liability company; SMOKE CITY GLASS & VAPE SOUTH HILL LLC, a Washington limited liability company; SMOKE CITY GLASS & VAPE | No. 4:24-CV-05076-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 50** |

ORDER - 1

HAMILTON LLC, a Washington limited liability company; and SMOKE CITY GLASS & VAPE AIRWAY HEIGHTS LLC, a Washington limited liability company,

              Defendants.

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 50. The parties stipulate to the dismissal of all claims and counterclaims with prejudice and without an award of costs or fees. *Id.* Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The Joint Stipulation is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, **ECF No. 50**, is **GRANTED.**

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims and counterclaims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER - 2

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED June 23, 2025.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3